UNITED STATES DISTRICT COURT

HAKEEM PELUMI, : Case No.:

Plaintiff, : CA 08 106S

vs. :

Hon SUSAN MENARD, in her capacity as :

the Mayor of Woonsocket. On behalf of :

Officer Marsha Houle

Defendant

ORIGINAL COMPLAINT

1. Plaintiff, Hakeem Pelumi, has his principal place of residence at 182. Cumberland Street. Apt 75,City of Woonsocket, Providence County, State of Rhode-Island.

2. Defendant, Honorable Susan Menard, is the duly elected Mayor Woonsocket. The Mayor has her principal place of business located 100, Main Street, City of Woonsocket, Providence County, State of Rhode-Island. The Mayor is in control and responsible for the professional conduct of Woonsocket Police force.

3. Plaintiff, Hakeem Pelumi, brings this complaint under **Article 1; Section 5** of the Rhode-Island General Laws entitled "Entitlement to remedies and wrongs-Right to justice. **U.S.C. 241** entitled Conspiracy to injure, intimidate, oppress citizen in the free exercise of their Federal Rights; 18 U.S.C (2)(b) entitled "Subornation of perjury"; 42 U.S.C 1983 entitled "Due process".violation.

4. In August 2006, the incident was reported to the Woonsocket Police. Department Whereby Patrolwoman, Marsha Houle **WILLFULLY** LIED on the Police report with **INTENT** to **COVER UP** the dog bite incident, Hence, committing **PERJURY**.

5. As a direct and proximate unlawful Perjury (False Dog Bite Police report), **Conspiracy** and **Witness Tampering** committed against him by officer Marsha Houle, Plaintiff, Hakeem Pelumi has suffered great pains, humiliation, emotional distress, and lack of self-esteem.

6. Wherefore, Plaintiff further seek General Damages Award in the sum of $15,000.00 for injury, $35,000.00 for Compensatory Damages Award, and $315,000.00 For Punitive Damages Award for a total of $365,000.00

WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Honorable Susan Menard, in her capacity as Woonsocket Mayor under title 1, section 5 of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for damages and wrongs, and such other relief as this court deems just and proper.

Plaintiff demands a trial by jury.

Dated this 9th day of March, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

# CHAIN OF EVENTS

**Date: 03/21/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** DOG BITE INCIDENT and POLICE MISCONDUCT OF 08/21/06

**08/21/06:** Walking along the lobby of my residence at 104, Sayles street in Woonsocket, (A residence with standing "NO PETS ALLOWED POLICY"), I was attacked and bitten by Michael Houle's dog unprovoked. Mr. Houle was then the **Chief of Woonsocket Police Department and his wife, Marsha Houle was the officer on duty on the premises at the time of the incident.**
I immediately called 911 and reported the incident with my cell-phone, after Marsha Houle (Wife of Michael Houle), the officer on duty resisted to do so.

**08/21/06:** I attended LANDMARK HOSPITAL in Woonsocket where I was not properly treated and released for my pains and injuries. Just because the word got around that plaintiff lied against the chief. **(A rumor spread around by Marsha Houle and her Husband with the INTENT to COVER UP the Dog Attack).** And Abuse of influence by brainwashing the kids that witnessed the incident to LIE in her and her husbands favor. **(A City Chief of Police and Wife's conspiracy in concealing material fact of issue)**

**08/22/06:** I went to see my Doctor, Peter Rintels for follow-up, but was told he's on vacation, and was attended to by Dr. Vishram Rege who inspected the spot and sent me to Rhode-Island Hospital for further treatment. Dr. Vishram also gave me a note that indicated a dog bite injury.
**08/22/06:** Attended Rhode-Island Hospital where I was treated for DOG BITE INJURIES, and later released

**08/23/06: With INCREASING PAIN** and **SWELLING,** I Attended Rhode-Island Hospital again for treatment. I also called the Animal Control Department to report the incident.
**09/12/06:** Incident was reported to Rhode-Island Department of health due to Increasing pain, swelling, and dizziness after another visit to Rhode-Island Hospital. I was given a Dog Bite incident form, which was completed and given a copy by the staff for my records,

**09/13/06:** Ray Rivera, a friend and neighbor stopped by, saw the swelling and my looking very ill advised me to take pictures of the spot. Ray Rivera went to get his camera and took the pictures. (Witness and Evidence).

**09/18/06:** I went to pick up the Police report at the station. The chief was notified and he came downstairs to SHOVE the papers in my hand together with an Arrest threat; I quote in Verbatim. "YOU LIED ABOUT THE DOG BITE AND YOU'RE SEEKING A LICENSE FROM ME. YOU'RE NOT GETTING ANY LICENSE FROM ME, YOU

HAVE A RECORD AND, YOU SHOULD GO AND DON'T COME HERE HARRASSING MY PEOPLE.... NEXT TIME YOU DO, I'LL GET YOU ARRESTED, NOW GET OUT". Officer **Marsha Houle INTENTIONALLY LIED ON THE POLICE** REPORT so as to **conceal the truth and thereby protecting her husband's wrongdoing.**

•

**1/27/07:** A Dated letter from FLAGSHIP (The Management Company of my Apartment). Sent to my then lawyer, (Mr. Bagus) stating The Dog Belong to Michael Houle and that the Chief VIOLATED THE HOUSING POLICY THAT NO DOGS ARE ALLOWED ON THE PROPERTY AT ANY TIME.

**3/06/08:** Providence Journal: Ex-Patrolwoman **Marsha Bish**, formerly Mrs Marsha Houle came clean and alleged **her EX-husband, Ex Chief Michael Houle** and his **deputy, Dubois Bish CHANGED TEST SCORES ON POLICE EXAMS** IN **2004 SO AS TO GET HER ON THE POLICE DEPARTMENT---- A CONSPIRACY BETWEEN ALL THREE.**

**SUMMARY:** The above chain of events clearly indicate that "The defendants documents are **FALSE** and **FRAUDULENT** and the fact supporting this conclusion are shown in the newspapers **CLEARLY INDICATING DEFENDANTS CHARACTER.**