HAKEEM PELMI
182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

UNITED STATES DISTRICT COURT

| | |
|---|---|
| HAKEEM PELUMI, Plaintiff, vs. STATE OF RHODE-ISLAND, CITY OF WOONSOKET, through its Treasurer, Carol Touzin; WOONSOCKET POLICE DEPARTMENT; MICHAEL L.A. HOULE as Chief of Woonsocket Police Department; Officer MARSHA HOULE, individually and in her official capacity as a Woonsocket police woman. Defendant | Case No.:C.A. No 106ML<br>Amended CLAIM |

**COMPLAINT**

**A. JURISDICTION & PARTIES**

1. Jurisdiction is proper in this court according to 28 U.S.C 1343, 42 U.S.C. 1983 and 42 U.S.C. 1985

2. The Plaintiff, Hakeem Pelumi is a resident of Woonsocket, County of pROVIDENCE, in the State of Rhode Island.

3. The Defendant, the City of Woonsocket, is a duly authorized and organized municipality to the laws of the State of Rhode Island and is sued by and through its Treasurer, Stephen T. Napolitano.

4. The Defendant, the Woonsocket Police Department, is a department of the City of Woonsocket, located at 242, Clinton Street, Woonsocket, Rhode Island.

**A. FACTUAL BACKGROUND**

5.On August 21, 2006 officer Marsha Houle of Woonsocket Police Department **Willfully** making a False Statement. (**False** Dog Bite **Statement** on Police Report) with the **INTENT to cover up** the incident in which herself and her husband were the rightful owners of the dog that bite the Plaintiff unprovoked. **Conspiracy,** and **Witness Tampering** committed upon him on August, 21,2006 in Woonsocket. Rhode-Island.

6.In August of 2006, the incident was reported to the Woonsocket Police Department. False Police report made by officer Marsha Houle (Michael Houles Wife) who was on detail assignment at the premises at the time.

**B. CAUSE OF ACTION**

**Count 1**

**(Civil Rights Violation against Defendant Houle pursuant to 42 U.S.C. 1983**

6. The Plaintiff repeats and realleges Paragraphs 1 through 6 of the Complaint as if each had been more fully set forth herein.

7. The actions of the Defendant Houle were undertaken with the authority of the City of Woonsocket Police Department, and under color of state law.

8. The actions of the Defendant Houle deprived the Plaintiff of his rights, privileges and immunities under the Fourteen Amendment of the United States Constitution, causing him to be deprived of truth and justice meant for all citizens alike and subjected to unnecessary and unwarranted pain and injuries in seeking fair and proper justice. And further causing him both personal injury and economic harm.

**COUNT 11**

**(Civil Rights Violation against Defendants City of Woonsocket, Woonsocket Police Department pursuant to 42 U.S.C 1983) through**

9. The plaintiff repeats and realleges paragraph 1 through 8 of the Complaint as if each had been more fully set forth herein.

**10.** The actions of Defendant Houle were undertaken with the authority of the City of Woonsocket Police Department, and under color of state law.

**11.** The actions of the Defendant deprived the Plaintiff of his rights, privileges and immunities under the Fourteenth amendment of the United States Constitution, causing him to be deprived of his liberty, and further causing him both personal injury and economic harm.

**COUNT 111**

**( Civil Rights Violation against Defendants Houle and Husband, Michael Houle who was then the chief of polce. pursuant to 42 U.S.C. 1985)**

12. The Plaintiff repeats and realleges Paragraph 1 through 11 of the Complaint as if each had been more fully set forth herein.

13. Defendants Houle and Michael Houle, by their actions on August 21, 2006 and thereafter conspired to deprive the Plaintiff of the equal protection of the laws, and of the equal privileges and immunities under the law to which the Plaintiff was entitled under United States and Rhode Island Constitutions, all in violation of 42 U.S.C. 1985.

14. As a direct and proximate result of the conspiracy of the defendants, Plaintiff was deprived of his liberty, and suffered personal and economic injury.

**<u>Count IV</u>**

**(Civil Rights Violation against Defendant officer Houle Pursuant to Rhode Island State Law and the Rhode Island Constitution)**

15. The Plaintiff repeats and realleges Paragraph 1 through 14 of the Complaint as if each had been more fully set forth herein.

16. The actions of the Defendant Officer Houle were undertaken with the authority of the City of Woonsocket and the Woonsocket Police Department, and under color of state law.

17. The actions of the defendant Officer Houle deprived the Plaintiff of his rights, privileges and immunities under state law and the Rhode Island State Constitution, including without limitation the ability to be free from improper and unfair justice as guaranteed by Article 1, 2 "Laws For Good

of Whole" of the state Constitution. As a direct and proximate result of the unlawful actions of the Defendant, Plaintiff was caused to suffer both personal injury and economic harm.

C. **RELIEF REQUESTED**

As a direct and proximate result of the Defendants civil rights violations and tortuous conduct, Plaintiff Hakeem Pelumi seeks the following relief:

A. A declaratory judgment that the Defendants, in the manner described herein, violated the civil rights of the Plaintiff.

B. Compensatory damages for Plaintiffs personal injuries, emotional distress, and economic harm.

C. Punitive damages against Defendant Officer Houle for Perjury and making false statement on the Police report, thereby obstructing fair and proper justice; and

D. For such other and further relief as to this court may seem just and proper.

E. **DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury on all counts so triable.

Dated this 17th day of April, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

# CHAIN OF EVENTS

**Date: 03/21/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** DOG BITE INCIDENT and POLICE MISCONDUCT OF 08/21/06

**08/21/06:** Walking along the lobby of my residence at 104, Sayles street in Woonsocket, (A residence with standing "NO PETS ALLOWED POLICY"), I was attacked and bitten by Michael Houle's dog unprovoked. Mr. Houle was then the **Chief of Woonsocket Police Department and his wife, Marsha Houle was the officer on duty on the premises at the time of the incident.**
I immediately called 911 and reported the incident with my cell-phone, after Marsha Houle (Wife of Michael Houle), the officer on duty resisted to do so.

**08/21/06:** I attended LANDMARK HOSPITAL in Woonsocket where I was not properly treated and released for my pains and injuries. Just because the word got around that plaintiff lied against the chief. **(A rumor spread around by Marsha Houle and her Husband with the INTENT to COVER UP the Dog Attack).** And Abuse of influence by brainwashing the kids that witnessed the incident to LIE in her and her husbands favor. **(A City Chief of Police and Wife's conspiracy in concealing material fact of issue)**

**08/22/06:** I went to see my Doctor, Peter Rintels for follow-up, but was told he's on vacation, and was attended to by Dr. Vishram Rege who inspected the spot and sent me to Rhode-Island Hospital for further treatment. Dr. Vishram also gave me a note that indicated a dog bite injury.
**08/22/06:** Attended Rhode-Island Hospital where I was treated for DOG BITE INJURIES, and later released

**08/23/06: With INCREASING PAIN** and **SWELLING,** I Attended Rhode-Island Hospital again for treatment. I also called the Animal Control Department to report the incident.
**09/12/06:** Incident was reported to Rhode-Island Department of health due to Increasing pain, swelling, and dizziness after another visit to Rhode-Island Hospital. I was given a Dog Bite incident form, which was completed and given a copy by the staff for my records,

**09/13/06:** Ray Rivera, a friend and neighbor stopped by, saw the swelling and my looking very ill advised me to take pictures of the spot. Ray Rivera went to get his camera and took the pictures. (Witness and Evidence).

**09/18/06:** I went to pick up the Police report at the station. The chief was notified and he came downstairs to SHOVE the papers in my hand together with an Arrest threat; I quote in Verbatim. "YOU LIED ABOUT THE DOG BITE AND YOU'RE SEEKING A LICENSE FROM ME. YOU'RE NOT GETTING ANY LICENSE FROM ME, YOU

HAVE A RECORD AND, YOU SHOULD GO AND DON'T COME HERE HARRASSING MY PEOPLE.... NEXT TIME YOU DO, I'LL GET YOU ARRESTED, NOW GET OUT". Officer **Marsha Houle INTENTIONALLY LIED ON THE POLICE** REPORT so as to **conceal the truth and thereby protecting her husband's wrongdoing.**

**1/27/07:** A Dated letter from FLAGSHIP (The Management Company of my Apartment). Sent to my then lawyer, (Mr. Bagus) stating The Dog Belong to Michael Houle and that the Chief VIOLATED THE HOUSING POLICY THAT NO DOGS ARE ALLOWED ON THE PROPERTY AT ANY TIME.

**3/06/08:** Providence Journal: Ex-Patrolwoman **Marsha Bish**, formerly Mrs Marsha Houle came clean and alleged **her EX-husband, Ex Chief Michael Houle** and his **deputy, Dubois Bish CHANGED TEST SCORES ON POLICE EXAMS** IN **2004 SO AS TO GET HER ON THE POLICE DEPARTMENT---- A CONSPIRACY BETWEEN ALL THREE.**

**SUMMARY:** The above chain of events clearly indicate that "The defendants documents are **FALSE** and **FRAUDULENT** and the fact supporting this conclusion are shown in the newspapers **CLEARLY INDICATING DEFENDANTS CHARACTER.**